```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 25116
   DALE C LEO
   PAMELA J LEO                                 CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-3807     SSN XXX-XX-5221
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/24/05 and confirmed on 08/05/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 39672.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 5579.12 | .00 | 5579.12 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 2040.00 | .00 | 2040.00 |
| WELLS FARGO FINANCIAL IN | SECURED | 2000.00 | 72.72 | 2000.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 27829.19 | .00 | 8358.25 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4392.26 | .00 | 1319.18 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4925.00 | .00 | 1479.18 |
| DISCOVER BANK | UNSECURED | 16967.35 | .00 | 5095.99 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13228.28 | .00 | 3972.99 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 11191.79 | .00 | 3361.35 |
| ROUNDUP FUNDING LLC | UNSECURED | 11055.15 | .00 | 3320.31 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 519.24 | .00 | 155.95 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9619.12 | .00 | 90108.26 | .00 | 99727.38 |
| PRINCIPAL PAID | 9619.12 | .00 | 27063.20 | .00 | 36682.32 |
| INTEREST PAID | 72.72 | .00 | .00 | .00 | 72.72 |
| TOTAL PAID | 9691.84 | .00 | 27063.20 | .00 | 36755.04 |

The Debtor's attorney, LEEDERS & ASSOC LTD         , was allowed $   2700.00
and was paid $   1500.00  direct and $   1200.00  through the plan.

The Trustee received $   1716.96 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE